```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                   :
                                            :
        -against-                           :
                                            :
ALEXIS MERCEDES,                            :         1:23-cr-4230-GHW
                                            :
                    Defendant(s).           :         ORDER
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/11/2024 |

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on June 26, 2024 at 1:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Mercedes and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: June 11, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge